Charles G. Evans
Alaska Bar No: 7705019
Corey G. Stewart
Alaska Bar No. 1202003
Law Offices of Charles G. Evans
165 E. Bunnell Ave., Suite D
Homer, AK 99603
907-278-4691(phone)
907-562-0654 (fax)
locge@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| L&M EQUIPMENT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST ALASKA CONTRACTORS, LLC., and BERKLEY INSURANCE COMPANY and its Payment Bond 0182829,<br><br>    Defendant. | Case No. 3:15-cv-00207-SLG |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

COMES NOW Defendants, Berkley Insurance Company ("Berkley") and Southwest Alaska Contractors, LLC ("SAC"), and Plaintiff, L & M Equipment, Inc., ("LMI"), (collectively "The Parties") and agree as follows:

### RECITALS

WHEREAS, LMI sued SAC and Berkley for SAC's alleged failure to pay LMI for equipment rentals or other services provided by LMI to SAC on the Levelock Main Street Rehabilitation Project ("Levelock"), and 2014 RAC, King Salmon Airport Project ("Paug-Vik)").

LAW OFFICES OF
CHARLES G. EVANS
165 E. Bunnell Ave., Suite D
Homer, Ak 99603
907-278-4691

Stip to Dismiss
L&M v. SAC and Berkley

3:15-cv-00207-SLG
Page 1 of 3

Case 3:15-cv-00207-SLG   Document 11   Filed 02/12/16   Page 1 of 3

WHEREAS, three lawsuits were filed by LMI against SAC and Berkley relating specifically to the Levelock and Paug-Vik projects as follows;

1. In the US District Court for the District of Alaska, an action titled "L&M Equipment, Inc., vs. Southwest Alaska Contractors, LLC and Berkley Insurance Company and its Payment Bond No., 0182828," at case number 3:15-cv-206SLG; ("the Federal Levelock Suit") AND

2. In the US District Court for the District of Alaska, an action titled "L&M Equipment, Inc., vs. Southwest Alaska Contractors, LLC and Berkley Insurance Company and its Payment Bond No. 0182829," at case number 3:15-cv-207SLG; ("the Federal Paug-Vik suit") AND

3. In the Superior for the State of Alaska, Third Judicial District at Anchorage, an action titled "L&M Equipment, Inc., vs. Southwest Alaska Contractors, LLC and Berkley Insurance Company and its Payment Bond No. 0182828," case number 3AN-15-10153CI ("the State Levelock Suit)".

WHEREAS, the Parties agree that the aforementioned lawsuits should be consolidated into one cause of action in the State Levelock Suit;

THEREFORE, in consideration of the mutual promises set forth herein, LMI, SAC, and Berkley do hereby covenant and agree as follows:

1. This lawsuit shall be dismissed, without prejudice, with no award of costs or attorneys' fees.

2. The Orders at Docket Numbers 8 and 9 are moot.

LAW OFFICES OF
CHARLES G. EVANS
165 E. Bunnell Ave., Suite D
Homer, Ak 99603
907-278-4691

Dated: February 12, 2016       LAW OFFICES OF CHARLES G. EVANS
                               Attorneys for Berkley Insurance Company


                               By: s/ Charles G. Evans
                               Charles G. Evans, ABA No. 7705019
                               By: s/ Corey G. Stewart
                               Corey G. Stewart, ABA No. 1202003

Dated: February 12, 2016       HOLMES, WEDDLE & BARCOTT, P.C.
                               Attorneys for L & M Equipment, Inc.


                               By: s/ Stacey C. Stone
                               Stacey C. Stone, ABA No 1005030

Dated: February 12, 2016       BERNARD M. BROWN
                               President of Southwest Alaska Contractors, LLC


                               By: s/ Bernard M. Brown
                               Bernard M. Brown, President of SAC


Certificate of Service

I hereby certify that on February 12, 2016, I electronically filed the foregoing with the Clerk of Court for the United States Court for the District of Alaska by using the CM/ECF system.

I certify that that the foregoing document was served via CM/ECF electronic mail on all registered users.

 s/ Corey Stewart

LAW OFFICES OF
CHARLES G. EVANS
165 E. Bunnell Ave., Suite D
Homer, Ak 99603
907-278-4691

Stip to Dismiss                                              3:15-cv-00207-SLG
L&M v. SAC and Berkley                                       Page 3 of 3

Case 3:15-cv-00207-SLG   Document 11   Filed 02/12/16   Page 3 of 3