IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| L & M EQUIPMENT, INC.,<br><br>                    Plaintiff,<br>     v.<br><br>SOUTHWEST ALASKA CONTRACTORS, LLC., and BERKLEY INSURANCE COMPANY and its Payment Bond 0182828,<br><br>                    Defendant. | Case No. 3:15-cv-00207-SLG |

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation to Dismiss Without Prejudice (Docket 11), and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED, without prejudice. With no award of costs or attorneys' fees.

IT IS FURTHER ORDERED the Orders at Dockets 8 and 9 are now MOOT.

DATED this 26th day of February, 2016 at Anchorage, Alaska.

                                                      */s/ Sharon L. Gleason*
                                                      UNITED STATES DISTRICT JUDGE